# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | | |
|---|---|---|
| TABITHA WARDEN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 3:08-0570 |
| | ) | Judge Trauger |
| KELLY OWEN individually, | ) | |
| | ) | |
| Defendant. | ) | |

---

## AGREED ORDER OF DISMISSAL

---

The parties agree, as evidenced by signature of counsel below, that this matter will be dismissed with prejudice, with each party to pay their own costs and attorneys fees.

Accordingly, it is Ordered that this matter will be dismissed with prejudice, each party to pay their own costs and attorneys fees.

_____
JUDGE ALETA A.TRAUGER

APPROVED FOR ENTRY:

/sRebecca Lyford
REBECCA LYFORD, BPR #6912
Assistant Attorney General
Civil Rights and Claims Division
P.O. Box 20207
Nashville, TN 37202
(615) 741-7226

/s Phillip L. Davidson
Phillip L. Davidson, BPR# 6466
2400 Crestmoor Road, Suite 107
Nashville, TN 37215

167250

2